JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT ANDREW HRERA, ) | Case No. CV 19-0192-JFW (JPR) |
| ) | |
| Plaintiff, ) | |
| ) | **J U D G M E N T** |
| v. ) | |
| ) | |
| ORANGE COUNTY DISTRICT ) | |
| ATTORNEY et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

IT IS HEREBY ADJUDGED that this action is dismissed.


DATED: April 23, 2019

JOHN F. WALTER
U.S. DISTRICT JUDGE